IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LORETTA V. BROWN,

    Plaintiff,

vs.

DONE RITE RECOVERY SERVICE, INC., an Illinois Corporation,

    Defendant.

Case No. 02C 1971

JURY DEMANDED

JUDGE GETTLEMAN
MAGISTRATE JUDGE GERALDINE SOAT BROWN

DOCKETED MAR 19 2002

## COMPLAINT

### Introduction

1. This is an action for statutory and actual damages. Plaintiff, Loretta V. Brown, brings this case pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"), common law conversion and common law trespass. She complains of defendant's actions of breaking into her garage to repossess her automobile.

### JURISDICTION

2. The Court has jurisdiction over the first claim for relief pursuant to 15 U.S.C. §1692k(d) and 28 U.S.C. §1337. Supplemental jurisdiction exists over the other claims for relief.

### PARTIES

3. Plaintiff, Loretta V. Brown is a natural person residing, at all times relevant hereto, in Chicago, Illinois.

1

4. Defendant Done Rite Recovery Service, Inc. ("Done Rite"), is an Illinois Corporation which operates a repossession service with its principal place of business in Chicago, Illinois. At all times relevant hereto, Done Rite used instruments of interstate commerce and the mails to enforce security interests, making it a "debt collector" within the meaning of the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(6).

**FIRST CLAIM FOR RELIEF: FAIR DEBT COLLECTION PRACTICES ACT**

5. Done Rite contracted with the Money Store Auto Finance, Inc. ("the Money Store") to enforce the security interest the Money Store possessed in a 1997 Plymouth Neon automobile ("Plymouth") owned by plaintiff Brown. Done Rite agreed to attempt to repossess the Plymouth for the Money Store.

6. On or about April 11, 2001, agents of Done Rite, under cover of darkness, came onto the property of the plaintiff at 7834 S. Ada, Chicago, Illinois, without the permission of the plaintiff, and found that Ms. Brown's Plymouth was in a locked garage.

7. At that time the agents of Done Rite proceeded to gain entry to the garage by breaking in through its roof, causing considerable damage to the roof in the process.

8. The trespass to property of the plaintiff and the breaking into the locked garage of the plaintiff constitute a breach of the peace within the meaning of Illinois law

9. The trespass and forcible entry into the garage of Ms.

2

Brown by Done Rite constitute a violation of 15 U.S.C. §1692f(6) in that (1) Done Rite took non-judicial action to dispossess Ms. Brown of her automobile and (2) at the time of the dispossession, Done Rite had no right to possession of the automobile because it could not be effected without a breach of the peace.

10. Done Rite delivered the Plymouth to the Money Store. Ms. Brown never recovered the vehicle.

11. Ms. Brown was damaged in the amount of $1500, the amount she spent on repairs to her roof, and $5925, representing the fair market value of the Plymouth at that time.

WHEREFORE, plaintiff asks this Court to:

A. Enter judgment against the defendant and in favor of plaintiff in the amount of $1,000 statutory damages pursuant to 15 U.S.C. §1692k.

B. Award actual damages to plaintiff in the amount of $7425.

C. Grant such other relief as is deemed just and proper.

### SECOND CLAIM FOR RELIEF: CONVERSION

12. In this claim, Ms. Brown seeks damages for the tort of conversion; she incorporates the factual allegations set out above.

13. Done Rite's taking of the Plymouth constituted conversion.

14. After the conversion Ms. Brown visited the premises of Done Rite and demanded the return of the Plymouth. Done Rite refused to give her back her automobile.

15. Ms. Brown has suffered actual damages in the amount of $5925, the value of the vehicle.

16. The actions of Done Rite, as set out above, were intentional, malicious, and in conscious disregard of the rights of Ms. Brown.

WHEREFORE, plaintiff asks this Court to:

    A. Enter judgment against the defendant and in favor of plaintiff in the amount of $5925.

    B. Award punitive damages in the amount of $25,000.

    C. Grant such other relief as is deemed just and proper.

### THIRD CLAIM FOR RELIEF: TRESPASS

17. Ms. Brown seeks damages in this claim for the tort of trespass; she incorporates the factual allegations set out above.

18. Ms. Brown is now, and at all relevant times has been, the owner in possession of the premises at 7834 S. Ada, Chicago, Illinois.

19. On or about April 11, 2001 agents of Done Rite intentionally entered Ms. Brown's property without authorization or legal right.

20. The wrongful entry on Ms. Brown's property, as described above, constituted trespass.

21. Because of Done Rite's trespass, Ms. Brown has suffered actual damages in the amount of $1500 representing damage to her garage roof.

22. The actions of Done Rite, as set out above, were intentional, malicious, and in conscious disregard of the rights of Ms. Brown.

WHEREFORE, plaintiff asks this Court to:

A. Enter judgment against the defendant and in favor of plaintiff in the amount of $1500.

B. Award punitive damages in the amount of $25,000.

C. Grant such other relief as is deemed just and proper.

_____
One of Plaintiff's Counsel

**JURY DEMAND**

**Plaintiff demands a trial by jury.**

Alan A. Alop
Kerrie Maloney Laytin
Legal Assistance Foundation
 of Metropolitan Chicago
111 W. Jackson Third Floor
Chicago, Illinois 60604-3502
(312) 347-8310



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s):** Loretta Brown | **Defendant(s):** Done Rite Recovery Service, Inc. |
| County of Residence: Cook | County of Residence: Cook |
| Plaintiff's Atty: Alan A. Alop, Kerrie Maloney Laytin<br>Legal Assistance Foundation<br>111 West Jackson, Third Floor, Chicago IL 60604<br>(312) 347-8310 | Defendant's Atty: |

**JUDGE GETTLEMAN**

**MAGISTRATE JUDGE GERALDINE SOAT BROWN**

| | |
|---|---|
| II. Basis of Jurisdiction: | 3. Federal Question (U.S. not a party) |
| III. Citizenship of Principal Parties (Diversity Cases Only) | |
| Plaintiff: | **N/A** |
| Defendant: | **N/A** |
| IV. Origin : | 1. Original Proceeding |
| V. Nature of Suit: | **890 Other Statutory Actions** |
| VI. Cause of Action: | Fair Debt Collection Practices Act 15 U.S.C. Sec. 1692 |

VII. Requested in Complaint
- Class Action: **No**
- Dollar Demand: **$57,000**
- Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _Alan A Alop_

Date: _March 18, 2002_

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**   Revised: 06/28/00



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Eastern Division

In the Matter of

Loretta Brown v. Done Rite Recovery Service, Inc.

DOCKETED MAR 19 2002

Case Number: **02C 1971**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff Loretta Brown

JUDGE GETTLEMAN

MAGISTRATE JUDGE GERALDINE SOAT BROWN

| (A) | (B) |
|---|---|
| SIGNATURE: /s/ Alan Alop | SIGNATURE: |
| NAME: Alan A. Alop | NAME: |
| FIRM: Legal Assistance Foundation of Metropolitan Chicago | FIRM: |
| STREET ADDRESS: 111 West Jackson Third Floor | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60604 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 347-8310 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 0037796 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ✔ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ✔ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: /s/ Kerrie Maloney Laytin | SIGNATURE: |
| NAME: Kerrie Maloney Laytin | NAME: |
| FIRM: Legal Assistance Foundation of Metropolitan Chicago | FIRM: |
| STREET ADDRESS: 111 West Jackson Third Floor | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60604 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 347-8300 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 6272656 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ✔ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ✔ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ✔ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |