RLM 01777653                                                                                    Matter # 5930

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

LORETTA V. BROWN,                    )
                                     )
      Plaintiff,              )
                                     )
v.                                   )
                                     )   No.   02 C 1971
DONE RITE RECOVERY SERVICE,          )   Magistrate G. S. Brown
                                     )
      Defendant,              )

**FILED DEC 2 7 2002**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED DEC 3 1 2002

### NOTICE OF MOTION

TO: Alan A. Alop, Legal Assistance Foundation of Metropolitan Chicago, 111 W. Jackson, Third Floor, Chicago, IL 60604

PLEASE BE NOTIFIED that on _January 3_, 2003 at _9:45_ a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable _JUDGE BROWN_ Room _1812_ or before any judge sitting in his/her stead, in said Courtroom usually occupied by him, at the Courthouse at 219 S. Dearborn St., Chicago, Illinois, 60604 and shall then and there present the following, a copy of which is attached hereto and herewith served upon you: **MOTION TO DISMISS PURSUANT TO SETTLEMENT.**

                                                                LAW OFFICES OF ROBERT L. MARTIER
                                                                1000 W. Monroe Street, #2010
                                                                Chicago, IL 60603
                                                               (312) 364-1980

      The undersigned, a non-attorney, served this notice to the addressees indicated above by depositing the same in the U.S. Mail at 100 W. Monroe Street, Suite 2010, Chicago, Illinois 60603, with proper postage prepaid, before 5:00 p.m. on ___12-27___, 2002.

I declare under penalties of perjury under the law of the United States of America that the forgoing information contained in the Proof of Service is true and correct.

_December 27_, 2002                                          _Magdelena Valle_

17

RLM                                                              Matter # 5930

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
DEC 2 7 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
DEC 3 1 2002

LORETTA V. BROWN,

    Plaintiff,

v.                                              )  No.   02 C 1971
                                                )  Magistrate G. S. Brown
DONE RITE RECOVERY SERVICE,                     )
                                                )
    Defendant,                                  )

## JOINT MOTION TO DISMISS PURSUANT TO SETTLEMENT

Now come the Parties, by and through their respective counsel, and move this court to dismiss this matter and all causes of action contained therein, with prejudice, each party to bear their respective costs, fees and expenses, and in support thereof, state that all matters in controversy between and among the parties have been settled and compromised.

Plaintiff:

By: _____
    Alan A. Alop

Defendant:

By: _____
    Robert L. Martier

Robert L. Martier
100 W. Monroe Street
Suite 2010
Chicago, IL 60603
(312) 364-1980

17